UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CR. NO. 1:24-CR- 211 |
| v. | : |
| | : (JUDGE MUNLEY) |
| FREDERICK GUIDER, | : |
| Defendant. | : |

INDICTMENT

FILED
HARRISBURG, PA

AUG 07 2024

PER ___IBA___
DEPUTY CLERK

THE GRAND JURY CHARGES:

COUNT 1
21 U.S.C. § 841(a)(1)
(Possession with Intent to Distribute Controlled Substances)

On or about October 27, 2023, in Dauphin County, within the Middle District of Pennsylvania, the defendant,

FREDERICK GUIDER

did knowingly and intentionally possess with intent to distribute: 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance; fentanyl, a Schedule II controlled substance; Psilocybin, a Schedule I controlled substance; Cocaine, a Schedule II controlled substance; and Marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), (C), and (D).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
18 U.S.C. § 924(c)(1)(A)
(Possession of Firearm in Furtherance of a Drug Trafficking Crime)

On or about October 27, 2023, in Dauphin County, within the Middle District of Pennsylvania, the defendant,

**FREDERICK GUIDER,**

did knowingly possess firearms, to wit:

1. American Tactical Imports, model Omni Hybrid, 5.56 caliber semi-automatic pistol, with serial number NS331097;
2. SCCY Industries, model CPX-1, 9mm semi-automatic pistol with serial number 519314;
3. JP Sauer and Sohn .25 caliber, with serial number 13402;
4. Kel-Tec, model SUB-2000, 9mm semi-automatic rifle, with serial number FF3W97;
5. E3 Arms LLC., model Omega-15, multi caliber semi-automatic rifle with serial number A04911;
6. Harrington & Richardson 1871 Inc., model Pardner, 20-gauge shotgun with serial number NS271210 with a shortened barrel;
7. Tanfoglio, model TZ75, .40 caliber semi-automatic pistol with serial number H38009;
8. Taurus, model The Judge, 45/410 revolver with serial number GT804598;
9. Ruger, model SR-556, 5.56 caliber semi-automatic rifle with serial number 590-25835;
10. Ruger, .45 caliber semi-automatic pistol with serial number 861-09241;
11. Kimber, model Micro 9 Raptor, 9mm semi-automatic pistol with an obliterated serial number;
12. HM Defense Mount (Luxus Arms LLC.), model HM15F, 5.56 caliber semi-automatic rifle with serial number HM007567;
13. Winchester, 12 gauge shotgun with serial number P342074;

3

14. Canik55, model Mete SFT, 9mm semi-automatic pistol with serial number 21CC17323;
15. Smith & Wesson, model M&P 15-22, .22 caliber semi-automatic rifle with serial number HCN3371;
16. Glock, model 30, .45 caliber semi-automatic pistol with serial number BKXA366;
17. Bear Creek Arsenal, 9mm semi-automatic pistol without a serial number;
18. Taurus, model PT111 G2, 9mm semi-automatic pistol with serial number TK034642;
19. Kimber, model Solo Carry, 9mm semi-automatic pistol with serial number S1103225;
20. Taurus, model Tracker, .44 Mag revolver with serial number KZ367730;
21. Ruger, model P94DC, .9mm semi-automatic pistol with serial number 340-47427;
22. M.A.C, model 1935S, 7.65mm Longue semi-automatic pistol without a serial number; and,
23. Two machineguns as defined by Title 18, United States Code, Section 921(a)(24) and Title 26, United States Code Section 5845(b), that is machine gun conversion devices intended for use in converting a semi-automatic firearm to fire automatically,

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C).

All in violation of Title 18, United States Code, Section 924(c)(1)(A), 924(c)(1)(B)(i) and (ii), and 924(c)(1)(C).

4

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
18 U.S.C. § 922(g)(1)
(Possession of Firearm by a Prohibited Person)

On or about October 27, 2023, in Dauphin County and elsewhere, within the Middle District of Pennsylvania, the defendant,

**FREDERICK GUIDER,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, that is:

1. American Tactical Imports, model Omni Hybrid, 5.56 caliber semi-automatic pistol, with serial number NS331097;
2. SCCY Industries, model CPX-1, 9mm semi-automatic pistol with serial number 519314;
3. JP Sauer and Sohn .25 caliber, with serial number 13402;
4. Kel-Tec, model SUB-2000, 9mm semi-automatic rifle, with serial number FF3W97;
5. E3 Arms LLC., model Omega-15, multi caliber semi-automatic rifle with serial number A04911;
6. Harrington & Richardson 1871 Inc., model Pardner, 20-gauge shotgun with serial number NS271210 with a shortened barrel;
7. Tanfoglio, model TZ75, .40 caliber semi-automatic pistol with serial number H38009;
8. Taurus, model The Judge, 45/410 revolver with serial number GT804598;
9. Ruger, model SR-556, 5.56 caliber semi-automatic rifle with serial number 590-25835;
10. Ruger, .45 caliber semi-automatic pistol with serial number 861-09241;

11. Kimber, model Micro 9 Raptor, 9mm semi-automatic pistol with an obliterated serial number;
12. HM Defense Mount (Luxus Arms LLC.), model HM15F, 5.56 caliber semi-automatic rifle with serial number HM007567;
13. Winchester, 12 gauge shotgun with serial number P342074;
14. Canik55, model Mete SFT, 9mm semi-automatic pistol with serial number 21CC17323;
15. Smith & Wesson, model M&P 15-22, .22 caliber semi-automatic rifle with serial number HCN3371;
16. Glock, model 30, .45 caliber semi-automatic pistol with serial number BKXA366;
17. Bear Creek Arsenal, 9mm semi-automatic pistol without a serial number;
18. Taurus, model PT111 G2, 9mm semi-automatic pistol with serial number TK034642;
19. Kimber, model Solo Carry, 9mm semi-automatic pistol with serial number S1103225;
20. Taurus, model Tracker, .44 Mag revolver with serial number KZ367730;
21. Ruger, model P94DC, .9mm semi-automatic pistol with serial number 340-47427;
22. M.A.C, model 1935S, 7.65mm Longue semi-automatic pistol without a serial number;
23. Some quantity of various sized firearm ammunition,

said firearms and ammunition having been shipped and transported in interstate and foreign commerce.

### SENTENCING ALLEGATION (18 U.S.C. § 924(e)(1))

Before Frederick Guider committed the offense charged in this count, Frederick Guider had at least three previous convictions for serious drug offenses committed on occasions different from one another.

All in violation of Title 18 United States Code Sections 922(g)(1) and 924(e).

THE GRAND JURY FURTHER CHARGES:

<u>COUNT 4</u>
18 U.S.C. § 922(o)
(Possession of Machineguns)

On or about October 27, 2023, in Dauphin County, within the Middle District of Pennsylvania, the defendant,

**FREDERICK GUIDER,**

did knowingly possess two machineguns, as defined by Title 18, United States Code, Section 921(a)(24) and Title 26, United States Code, Section 5845(b), that is machine gun conversion devices designed and intended for use in converting a semiautomatic firearm to fire automatically.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

# FORFEITURE ALLEGATION

1. The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses in violation of Title 21, United States Code, Section 841(a), Title 18, United States Code, Section 922(g), Title 18, United States Code, Section 922(o), and Title 18, United States Code, Section 924(c)(1)(A) set forth in Counts One through Four of this Indictment, the defendant,

**FREDERICK GUIDER,**

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses; any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses; and any firearms and ammunition involved in the commission

of the offenses. The property to be forfeited includes, but is not limited to, the following:

 a. American Tactical Imports, model Omni Hybrid, 5.56 caliber semi-automatic pistol, with serial number NS331097;
 b. SCCY Industries, model CPX-1, 9mm semi-automatic pistol with serial number 519314;
 c. JP Sauer and Sohn .25 caliber, with serial number 13402;
 d. Kel-Tec, model SUB-2000, 9mm semi-automatic rifle, with serial number FF3W97;
 e. E3 Arms LLC., model Omega-15, multi caliber semi-automatic rifle with serial number A04911;
 f. Harrington & Richardson 1871 Inc., model Pardner, 20-gauge shotgun with serial number NS271210 with a shortened barrel;
 g. Tanfoglio, model TZ75, .40 caliber semi-automatic pistol with serial number H38009;
 h. Taurus, model The Judge, 45/410 revolver with serial number GT804598;
 i. Ruger, model SR-556, 5.56 caliber semi-automatic rifle with serial number 590-25835;
 j. Ruger, .45 caliber semi-automatic pistol with serial number 861-09241;
 k. Kimber, model Micro 9 Raptor, 9mm semi-automatic pistol with an obliterated serial number;
 l. HM Defense Mount (Luxus Arms LLC.), model HM15F, 5.56 caliber semi-automatic rifle with serial number HM007567;
 m. Winchester, 12 gauge shotgun with serial number P342074;
 n. Canik55, model Mete SFT, 9mm semi-automatic pistol with serial number 21CC17323;
 o. Smith & Wesson, model M&P 15-22, .22 caliber semi-automatic rifle with serial number HCN3371;

- p. Glock, model 30, .45 caliber semi-automatic pistol with serial number BKXA366;
- q. Bear Creek Arsenal, 9mm semi-automatic pistol without a serial number;
- r. Taurus, model PT111 G2, 9mm semi-automatic pistol with serial number TK034642;
- s. Kimber, model Solo Carry, 9mm semi-automatic pistol with serial number S1103225;
- t. Taurus, model Tracker, .44 Mag revolver with serial number KZ367730;
- u. Ruger, model P94DC, .9mm semi-automatic pistol with serial number 340-47427;
- v. M.A.C, model 1935S, 7.65mm Longue semi-automatic pistol without a serial number;
- w. Two machineguns as defined by Title 18, United States Code, Section 921(a)(24) and Title 26, United States Code Section 5845(b), that is machine gun conversion devices intended for use in converting a semi-automatic firearm to fire automatically; and,
- x. All accompanying ammunition.

3. If any of the property described above, as a result of any act or omission of the defendant:

- a. cannot be located upon the exercise of due diligence;
- b. has been transferred or sold to, or deposited with, a third party;
- c. has been placed beyond the jurisdiction of the court;
- d. has been substantially diminished in value; or
- e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

Date: 8/7/2024

Grand Jury Foreperson

GERARD M. KARAM
United States Attorney

STEPHEN W. DUKES
Assistant U.S. Attorney